# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:  
Oscar E Banks                                                                         Case # 19-12504-BFK

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| OSCAR E BANKS<br>1987 Winston Court<br>Woodbridge, VA  22191 | $579.90 |

Dated:        June 11, 2020            __/s/Thomas P. Gorman_____  
                                       Thomas P. Gorman  
                                       300 North Washington Street, Ste. 400  
                                       Alexandria, VA 22314  
                                       (703) 836-2226  
                                       VSB#26421